# JOHN P. DeMAIO
## Attorney at Law
75 MAIDEN LANE, SUITE 205
NEW YORK, NEW YORK 10038

TEL (212) 405-2104  JohnPDeMaio@yahoo.com
FAX (646) 202-1439  Mobile (646) 250-1108

March 26, 2018

**RE: Vicente et al v. Ljubica Contractors LLC, et al
1:18-cv-00419-VSB**

All Consents to Sue are rejected as untimely and legally insufficient.

*/s/ John DeMaio*
John DeMaio

cc: all sides