```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
JUAN R. VICENTE,                                       :
*on behalf of themselves, FLSA Collective*             :
*Plaintiffs and the Class*, et al.                     :
:                    18-CV-419 (VSB)
Plaintiffs,         :
:                    **ORDER OF REFERENCE**
-against-                                              :
:
:
LJUBICA CONTRACTORS LLC, et al.,                       :
:
Defendants.         :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

  The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:  April 6, 2018
     New York, New York

*/s/ Vernon S. Broderick*
Vernon S. Broderick
United States District Judge