**LEE LITIGATION GROUP, PLLC**
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:　　212-465-1188
　　　　　　　　　　cklee@leelitigation.com

July 23, 2018

**Via ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

　　　　　　Re:　*Vicente, et al. v. Ljubica Contractors LLC, et al.*
　　　　　　　　Case No. 18-cv-419(VSB)(OTW)

Dear Judge Broderick:

　　　　We are counsel to Plaintiffs in the above-referenced matter and respectfully submit this letter to request for an Initial Conference, and simultaneously, to request for a settlement conference, or that the matter be restored to a calendar for settlement purposes, as previously ordered by Your Honor. *See* Dkt. # 12 and 13.

　　　　Although Plaintiffs' counsel attended the Initial Conference on May 17, 2018, Defendants' counsel had failed to appear. As a result, no schedule was set for the herein matter. In addition, the parties were scheduled for a settlement conference before Magistrate Judge Wang on May 15, 2018, which was cancelled, and subsequently adjourned *sine die*, due to Defendants' failure to provide *ex parte* settlement submissions, merely emailing Judge Wang to inform her that the Corporate Defendant was withdrawing their answer with prejudice. *See* Dkt. # 19 (Judge Wang's Order to Show Cause).

　　　　Pursuant to the Initial Conference on May 17, 2018, Plaintiffs were given leave by Your Honor to file their Amended Complaint. On July 20, 2018, Defendants filed their Answer to Plaintiffs' Amended Complaint. Therefore, Plaintiffs respectfully request for an Initial Conference before Your Honor, and that the matter be simultaneously referred to Judge Wang for a settlement conference.

　　　　We thank Your Honor for your time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: All Parties (via ECF)