UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JUAN R. VICENTE,
JUAN ZAMORA and
LUIS BENITEZ,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

                **Plaintiffs,**

    v.

LJUBICA CONTRACTORS LLC and
PREDRAG JANKOVIC,

                **Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Case No.** 18-CV-419

**NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

      Please take notice that Plaintiffs JUAN R. VICENTE, JUAN ZAMORA and LUIS BENITEZ (together, the "Plaintiffs"), by the undersigned attorneys, hereby move under Rule 56 of the Federal Rules of Civil Procedure for summary judgment as described in the proposed Order attached hereto. In support of this motion, Plaintiffs respectfully submit the accompanying Memorandum of Law, Declaration of C.K. Lee and exhibits annexed thereto, and Local Rule 56.1 Statement.

Dated: New York, New York
       June 28, 2019

Respectfully submitted,
LEE LITIGATION GROUP, PLLC

By:   */s/* C.K. Lee
      C.K. Lee, Esq. (CL 4086)
      Lee Litigation Group, PLLC
      148 West 24th Street, Third Floor
      New York, NY 10011
      Tel: (212) 465-1188
      Fax: (212) 465-1181

      *Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*