# EXHIBIT B

## FOR SETTLEMENT PURPOSES ONLY
(Ljubica Construction)

**Calculaton for**     **Juan R Vicente**

**Period 1**
**Assumptions:**     Period Worked          April 1, 2015 to December 31, 2015
                     Number of weeks worked  39 weeks
                     Hours worked/week       80 hours
                     Salary                  $120 per day

**Overtime Wage**
If fixed salary, average rate of pay per week divided by 40 hours worked per week equals
Regular Rate of:   $21.00
         Unpaid OT = 1.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
                   = 1.5 x 21 x 40 x 39
                   = $49,140.00
**Period 1 Total =** $49,140.00

**Period 2**
**Assumptions:**     Period Worked          January 1, 2016 to October 31, 2016
                     Number of weeks worked  43 weeks
                     Hours worked/week       80 hours
                     Salary                  $120 per day

**Overtime Wage**
If fixed salary, average rate of pay per week divided by 40 hours worked per week equals
Regular Rate of:   $21.00
         Unpaid OT = 1.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
                   = 1.5 x 21 x 40 x 43
                   = $54,180.00
**Period 2 Total =** $54,180.00

**Period 3**
**Assumptions:**     Period Worked          November 1, 2016 to November 30, 2016
                     Number of weeks worked  4 weeks
                     Hours worked/week       80 hours
                     Salary                  $120 per day

**Unpaid Wages (4 weeks)**
         Unpaid Wage = ($21 x 40 x weeks worked)+($21 x 1.5 x 40 x weeks worked)
                     = (21 x 40 x 4)+(21 x 1.5 x 40 x 4)
                     = $8,400.00
**Period 3 Total =** $8,400.00

**Back wage (all periods) = $111,720.00**

| | |
|---|---:|
| NY State Liquidated Damage = | $111,720.00 |
| Statutory Penalty for Invalid Wage and Hour Notice = | $5,000.00 |
| Statutory Penalty for Invalid Wage Statement = | $5,000.00 |

**Total = $233,440.00**

Legal fees and expenses to be determined.

## FOR SETTLEMENT PURPOSES ONLY
### (Ljubica Construction)

**Calculaton for**     **Juan Zamora**

### Period 1
| **Assumptions:** | Period Worked | January 1, 2016 to August 31, 2016 |
| | Number of weeks worked | 35 weeks |
| | Hours worked/week | 80 hours |
| | Salary | $160 per day |

### Overtime Wage
If fixed salary, average rate of pay per week divided by 40 hours worked per week equals
Regular Rate of:   $28.00
  Unpaid OT =  1.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
            =  1.5 x 28 x 40 x 35
            =  $58,800.00

### Time Shaving
During this working period, off-the-clock working hours were  hours every day.
  Unpaid Wage =  42 x  hour x  work days x worked weeks
              =  42 x  x  x 35
              =  $0.00

**Period 1 Total** =  $58,800.00

### Period 2
| **Assumptions:** | Period Worked | September 1, 2016 to September 30, 2016 |
| | Number of weeks worked | 4 weeks |
| | Hours worked/week | 80 hours |
| | Salary | $160 per day |

### Unpaid Wages (four weeks)
  Unpaid Wage =  ($28 x 40 x weeks worked)+($28 x 1.5 x 40 x weeks worked)
              =  (28 x 40 x 4)+(28 x 1.5 x 40 x 4)
              =  $11,200.00

**Period 2 Total** =  $11,200.00

**Back wage (all periods)** = $70,000.00

| | |
|---|---|
| NY State Liquidated Damage  = | $70,000.00 |
| Statutory Penalty for Invalid Wage and Hour Notice = | $5,000.00 |
| Statutory Penalty for Invalid Wage Statement   = | $5,000.00 |

**Total** =  **$150,000.00**

Legal fees and expenses to be determined.

## FOR SETTLEMENT PURPOSES ONLY
### (Ljubica Construction)

**Calculaton for**     **Luis Benitez**

### Period 1
**Assumptions:**        Period Worked              June 1, 2014 to October 31, 2014
                        Number of weeks worked     22 weeks
                        Hours worked/week          80 hours
                        Salary                     $120 per day

**Overtime Wage**
If fixed salary, average rate of pay per week divided by 40 hours worked per week equals
Regular Rate of:   $21.00
            Unpaid OT =  1.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
                      =  1.5 x 21 x 40 x 22
                      =  $27,720.00
**Period 1 Total** =   $27,720.00

### Period 2
**Assumptions:**        Period Worked              November 1, 2014 to December 31, 2014
                        Number of weeks worked     9 weeks
                        Hours worked/week          80 hours
                        Salary                     $150 per day

**Overtime Wage**
If fixed salary, average rate of pay per week divided by 40 hours worked per week equals
Regular Rate of:   $26.25
            Unpaid OT =  1.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
                      =  1.5 x 26.25 x 40 x 9
                      =  $14,176.80
**Period 2 Total** =   $14,176.80

### Period 3
**Assumptions:**        Period Worked              January 1, 2015 to December 31, 2015
                        Number of weeks worked     52 weeks
                        Hours worked/week          80 hours
                        Salary                     $150 per day

**Overtime Wage**
If fixed salary, average rate of pay per week divided by 40 hours worked per week equals
Regular Rate of:   $26.25
            Unpaid OT =  1.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
                      =  1.5 x 26.25 x 40 x 52
                      =  $81,910.40

**Period 3 Total** =   $81,910.40

**Period 4**
**Assumptions:**       Period Worked            January 1, 2016 to November 30, 2016
                       Number of weeks worked   48 weeks
                       Hours worked/week        80 hours
                       Salary                   $150 per day

**Overtime Wage**
If fixed salary, average rate of pay per week divided by 40 hours worked per week equals
Regular Rate of:   $26.25
          Unpaid OT =  1.5 x (Regular Rate) x (Hours over 40) x (Number of Weeks)
                    =  1.5 x 26.25 x 40 x 48
                    =  $75,609.60
**Period 4 Total** =   $75,609.60

**Period 5**
**Assumptions:**       Period Worked            December 1, 2016 to December 31, 2016
                       Number of weeks worked   4 weeks
                       Hours worked/week        80 hours
                       Salary                   $150 per day

**Unpaid Wages (4 weeks)**
During this working period, Plaintiff was unpaid for four weeks.
          Unpaid Wage =  ($26.25 x 40 x weeks worked)+($26.25 x 1.5 x 40 x weeks worked)
                      =  (26.25 x 40 x 4)+(26.25 x 1.5 x 40 x 4)
                      =  $10,500.00
**Period 5 Total** =   $10,500.00


**Back wage (all periods)** = $209,916.80


| | |
|---|---|
| NY State Liquidated Damage   = | $209,916.80 |
| Statutory Penalty for Invalid Wage and Hour Notice = | $5,000.00 |
| Statutory Penalty for Invalid Wage Statement   = | $5,000.00 |

   **Total = $429,833.60**

Legal fees and expenses to be determined.