LEE LITIGATION GROUP, PLLC
C.K. Lee (CL 4086)
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: (212) 465-1188
Fax: (212) 465-1181
*Attorneys for Plaintiffs,*
*FLSA Collective Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------

JUAN R. VICENTE,
JUAN ZAMORA and
LUIS BENITEZ,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

      **Plaintiffs,**

      -against-

LJUBICA CONTRACTORS LLC and
PREDRAG JANKOVIC,

      **Defendants.**

Case No. 18-cv-419

------------------------------------

**DECLARATION OF C.K. LEE**

I, C.K. Lee, under penalty of perjury, affirm as follows:

1. My name is C.K. Lee, and I am a member of Lee Litigation Group, PLLC, Plaintiff's counsel in the above-captioned matter.

2. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment under Fed. R. Civ. P. 56.

3.     Attached as Exhibit A to the Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment is a true and correct copy of the New York State Department of State Entity Search of Corporate Defendant LJUBICA CONTRACTORS LLC.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: New York, New York　　　　　　　　　Respectfully submitted,
　　　　　June 28, 2019　　　　　　　　　　　LEE LITIGATION GROUP, PLLC

　　　　　　　　　　　　　　　By:　 */s/ C.K. Lee*

　　　　　　　　　　　　　　　　　　C.K. Lee, Esq. (CL 4086)
　　　　　　　　　　　　　　　　　　Lee Litigation Group, PLLC
　　　　　　　　　　　　　　　　　　148 West 24th Street, Eighth Floor
　　　　　　　　　　　　　　　　　　New York, NY 10011
　　　　　　　　　　　　　　　　　　Tel: (212) 465-1188
　　　　　　　　　　　　　　　　　　Fax: (212) 465-1181

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*