UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
VICENTE, et al.,

                Plaintiffs,

                -against-

LJUBICA CONTRACTORS LLC, et al.,

                Defendants.
------------------------------------------------------------x

No. 18-CV-0419 (VSB)(OTW)

**ORDER TO SHOW CAUSE**

**ONA T. WANG, United States Magistrate Judge:**

On May 16, 2019, this Court granted Plaintiff's motion for sanctions and ordered Defendants and Mr. DeMaio to pay $3,678.28 to Plaintiffs' counsel within 45 days, i.e., by July 1, 2019. (ECF 44). Plaintiffs' counsel informed the Court on July 9, 2019 that "Individual Defendant PREDRAG JANKOVIC and Defendants' attorney, John P. DeMaio, Esq., are in direct violation" of the Court's May 16, 2019 Order. (*See* ECF 50).

Accordingly, it is here **ORDERED** that Defendants and Mr. DeMaio show cause by **August 6, 2019** explaining why further sanctions should not be imposed for failing to pay Plaintiffs' counsel $3,678.28 in accordance with the Court's May 16, 2019 Order. Such sanctions may include additional monetary sanctions as well as a recommendation to Judge Broderick that Plaintiffs' pending motion for summary judgment be considered unopposed. (ECF 47). Such showing of cause, if any, shall be made by electronic filing via CM/ECF only.

        SO ORDERED.

Dated: July 25, 2019
       New York, New York

                            *s/ Ona T. Wang*
                            **Ona T. Wang**
                            United States Magistrate Judge