**LEE LITIGATION GROUP, PLLC**
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    212-465-1188
cklee@leelitigation.com

August 7, 2019

**Via ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Vicente, et al. v. Ljubica Contractors LLC, et al.*
Case No. 18-cv-419(VSB)(OTW)

Dear Judge Broderick:

We are counsel to Plaintiffs. Defendants' response to Plaintiffs' Motion for Summary Judgment was due July 29, 2019. *See* Dkt. # 44. Defendants have not filed either their opposition or a request for an extension to time to file their response.

Therefore, Plaintiffs respectfully request that Your Honor consider the Motion as unopposed and decide the Motion on the basis of Plaintiffs' moving papers.

We thank the Court for considering this matter.

Respectfully submitted,

 /s/ C.K. Lee
C.K. Lee, Esq.

cc:    all parties (via ECF)