**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JUAN R. VICENTE, JUAN ZAMORA, and
LUIS BENITEZ, *on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class,*

                    Plaintiffs,          Case No.: 18-cv-00419

    v.                                     **[PROPOSED]**
                                              **DEFAULT JUDGMENT**

LJUBICA CONTRACTORS LLC,
and PEDRAG JANKOVIC,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       This action having been commenced on January 17, 2018, by the filing of the Summons and Complaint. The defendants, LJUBICA CONTRACTORS LLC, and PEDRAG JANKOVIC, having not comply with the Court's orders, it is

ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff JUAN R. VICENTE, has judgment against Defendants LJUBICA CONTRACTORS LLC, and PEDRAG JANKOVIC, jointly and severally, for (i) unpaid wages in the amount of $58.608.00, New York State Liquidated damages in the amount of $58.608.00, statutory damages in the amount of $10,000.00, amounting in all to $127,216.00.

2. That Plaintiff JUAN ZAMORA, has judgment against Defendants LJUBICA CONTRACTORS LLC, and PEDRAG JANKOVIC, jointly and severally, for (i) unpaid wages in the amount of $ $37,536.00, New York State Liquidated damages in the amount of $37,536.00, statutory damages in the amount of $10,000.00, amounting in all to $85,072.00.

3. That Plaintiff LUIS BENITEZ, has judgment against Defendants LJUBICA CONTRACTORS LLC, and PEDRAG JANKOVIC, jointly and severally, for (i) unpaid wages in the amount of $111,762.00, New York State Liquidated damages in the amount of $111,762.00, statutory damages in the amount of $10,000.00, amounting in all to $233,524.00.

4. That Plaintiffs' counsel, has judgement against Defendants LJUBICA CONTRACTORS LLC and PEDRAG JANKOVIC, and their counsel, jointly and severally, for unpaid sanctions in the amount of $3,678.28.

Amounting in all to $449,490.28.

Dated: New York, New York

_____          _____
                                         VERNON S. BRODERICK
                                         United States District Judge

This document was entered on the docket on

_____