USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JUAN R. VICENTE et al.,                                    :
                                                           :
                              Plaintiffs,                  :
                                                           :
       -against-                                           :
                                                           :
LJUBICA CONTRACTORS LLC et al.,          :    18-CV-419 (VSB)
                                                           :
                              Defendants.  :    **ORDER**
                                                           :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

The parties in this matter appeared before me for a telephonic conference on May 7, 2021 to discuss the circumstances of Defendants' default and sanctions. It is hereby:

ORDERED that the Clerk of Court shall vacate the Certificate of Default as to Defendants Pedrag Jankovic and Ljubica Contractors, LLC. (Doc. 56.)

IT IS FURTHER ORDERED that the parties shall appear meet and confer regarding a briefing schedule for Plaintiff's anticipated motion for sanctions and submit a joint letter on or before May 14, 2021.

SO ORDERED.

Dated: May 9, 2021
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge