UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JUAN R. VICENTE, et al.,      :
     :
     Plaintiffs,      :       18-CV-0419 (VSB) (OTW)
     :
     -against-      :       **ORDER**
     :
LJUBICA CONTRACTORS LLC and PREDRAG      :
JANKOVIC,      :
     :
     Defendants.      :
     :
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

At the January 6, 2022 telephonic status conference, the Court had to mute both counsel after they began shouting at each other. The argument was precipitated, in part, by Defendants' counsel repeatedly accusing Plaintiffs' counsel of lying and misrepresenting to Defendants' counsel and the Court the status of Plaintiffs Vicente and/or Benitez. Earlier in the conference, Defendants' counsel also interrupted the Court's colloquy with Plaintiffs' counsel with a disruptive outburst of laughter which he attributed to user error of the mute button. Counsel are warned that future outbursts or interruptions, whether at a telephonic or in-person conference, may be punished by a sanction of $5 per outburst or interruption.

Plaintiffs' counsel's motion to withdraw representation of Plaintiffs Vicente and Benitez shall be filed no later than **January 21, 2022**. Plaintiffs' counsel shall serve such motion on Mr. Vicente and Mr. Benitez and file proof of service (or attempts of service) by **January 24, 2022**.

Counsel shall each submit separate status letters on **January 28, 2022**. Defendants' counsel's January 28th letter must include an affirmation that he knows how to properly mute his phone.

The case is hereby STAYED through **January 31, 2022**.

**SO ORDERED.**

Dated: January 7, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge