```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JUAN R. VICENTE, et al.,                       :
                                               :
                    Plaintiffs,                :      18-CV-419 (VSB) (OTW)
                                               :
        -against-                              :
                                               :      ORDER
                                               :
LJUBICA CONTRACTORS LLC and PREDRAG            :
JANKOVIC,                                      :
                                               :
                    Defendants.                :
                                               :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 119 and 127. The Court finds that Defendants' responses to Plaintiffs' document requests and interrogatories are generic form objections with little specificity or substance (*see, e.g.*, ECF 119-1), in violation of Fed. R. Civ. P. 34(b)(2). *See Leibovitz v. City of New York,* No. 15-CV-546 (LGS) (HBP), 2017 WL 462515, at *2 (S.D.N.Y. Feb. 3, 2017) (striking defendants' "general, boilerplate objections" to plaintiff's requests for production).

By **September 9, 2022**, Defendants shall either:

(1) Complete production of the requested documents and interrogatory information and represent that it is complete; OR

(2) serve on Plaintiffs their revised responses and objections to Plaintiffs' First Request for Production of Documents and Defendants' Responses to Plaintiffs' First Set of Interrogatories, with a proposed date for completion.

If Defendants elect to serve revised responses and objections, Defendants are directed to include in their responses reasons for their objections and/or why they are otherwise unable to produce the requested documents and/or information. **If the requested documents do not exist, Defendants must confirm without reservation that they have completed a search for said documents.**

The parties shall file a joint status letter by **September 16, 2022.** The deadline to complete fact discovery is extended to October 14, 2022.

**SO ORDERED.**

Dated: August 22, 2022  
      New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge