UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                           :

JUAN R. VICENTE, et al.,                     :

                                 Plaintiffs,         :

                                                           :                 18-CV-419 (VSB)

                           -against-                 :

                                                           :                    **ORDER**

LJUBICA CONTRACTORS LLC, et al.,   :

                                                           :

                                  Defendants.  :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of the Parties' letters (Docs. 157 and 158) inquiring about the status of their Summary Judgement Motions. The motions are fully briefed, and a decision will be issued in due course.

      The Parties are also instructed to provide me with a status update on whether Defendants' former counsel, John P. DeMaio, complied with the sanctions order issued by Magistrate Judge Ona T. Wang (Doc. 143).

SO ORDERED.

Dated: June 29, 2023
       New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge