```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JUAN ZAMORA & LUIS BENITEZ,                                :
                                                           :
                              Plaintiffs,                  :
                                                           :      18-CV-419 (VSB)
              - against -                                  :
                                                           :         ORDER
LJUBICA CONTRACTORS LLC &                                  :
PREDRAG JANKOVIC,                                          :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I held a conference in this matter on March 12, 2025.  In accordance with my comments during the conference, it is hereby:

      ORDERED that jury trial in this matter is scheduled to begin on September 8, 2025.

      IT IS FURTHER ORDERED that I will hold a telephonic pretrial conference on July 28, 2025 at 11:00am.  The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835.  There is no attendee ID.

      IT IS FURTHER ORDERED that any in limine motions be filed on or before June 30, 2025 with responses due on or before July 14, 2025.

      IT IS FURTHER ORDERED that, pursuant to Rule 6 of my Individual Rules & Practices in Civil Cases, the joint pretrial order, proposed voir dire questions, proposed verdict sheets, proposed jury instructions, and any pretrial memoranda are due on or before July 21, 2025.  The parties shall also email these documents in Word format to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that, in accordance with my comments at the conference, the parties meet and confer, and no later than March 26, 2025 submit a joint letter addressing: (1) whether the parties seek a referral to the designated Magistrate Judge, the District's mediation unit, or a private mediator for settlement negotiations; and (2) the status of the parties' dispute regarding Defendant Jankovic's attendance in-person during trial. If the parties do not reach agreement regarding Jankovic's in-person attendance, the joint letter shall propose a briefing schedule regarding the dispute.

The Clerk of Court is respectfully directed to amend the caption of this case in the Court's electronic filing system to reflect the terminations of Plaintiff Juan Vicente and Defendant Pedro [LNU].

SO ORDERED.

Dated:    March 13, 2025
          New York, New York

          Vernon S. Broderick
          United States District Judge