UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
JUAN ZAMORA & LUIS BENITEZ,                              :
:
                       Plaintiffs,                  :
:         18-CV-419 (VSB)
         - against -                            :
:           **ORDER**
LJUBICA CONTRACTORS LLC &                                :
PREDRAG JANKOVIC,                                        :
:
                    Defendants.  :
:
---------------------------------------------------------X

**VERNON S. BRODERICK**, United States District Judge:

      I held a conference in this matter on July 28, 2025. In accordance with my comments during the conference, it is hereby:

      ORDERED that I will hold a telephonic pretrial conference on September 2, 2025 at 2:00pm. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835. There is no attendee ID.

      IT IS FURTHER ORDERED that the parties meet and confer, and no later than August 1, 2025, submit a joint letter addressing whether, given the trial calendar in this District, the parties are amenable to rescheduling the trial in this matter to begin on September 9, 2025, instead of September 8, 2025.

SO ORDERED.

Dated:    July 29, 2025
           New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge