UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JUAN ZAMORA & LUIS BENITEZ, :
:
                      Plaintiffs, :
: 18-CV-419 (VSB)
    - against - :
: **ORDER**
LJUBICA CONTRACTORS LLC & :
PREDRAG JANKOVIC, :
:
                      Defendants. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I held a conference in this matter on August 11, 2025. In accordance with my comments during the conference, it is hereby:

      ORDERED that jury trial in this matter is scheduled to begin on September 9, 2025 at 1:00 PM.

SO ORDERED.

Dated:    August 11, 2025
            New York, New York

                                              Vernon S. Broderick
                                              United States District Judge