UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JUAN ZAMORA & LUIS BENITEZ,                :
:
                       Plaintiffs,    :
:         18-CV-419 (VSB)
      - against -                         :
:         **ORDER**
:
LJUBICA CONTRACTORS LLC &         :
PREDRAG JANKOVIC,                            :
:
                     Defendants.  :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      ORDERED that the jury trial in this matter scheduled for September 9, 2025 at 1:00 PM is rescheduled to begin on September 8, 2025 at 10:00 AM.

SO ORDERED.

Dated:      August 14, 2025
              New York, New York

                                              Vernon S. Broderick
                                              United States District Judge