# Lee Litigation Group, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

<u>**Via ECF**</u>                                                                                           August 15, 2025

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

        Re:    *Vicente, et al. v. Ljubica Contractors LLC, et al.*
                 <u>Case No. 18-cv-00419(VSB)(OTW)</u>

Dear Judge Broderick:

      We represent Plaintiffs in the above-referenced matter. Pursuant to F.R.C.P. Rule 43(a), we write to request that the Court permit Plaintiff Benitez to appear remotely for trial, as he was recently removed from the United States by immigration authorities.

      F.R.C.P. Rule 43(a) states that with good cause, testimony at trial may be accepted by "contemporaneous transmission from a different location." Here, Plaintiff Benitez is unable to reenter the country lawfully, and therefore unable to appear in-person for trial on September 8, 2025. Courts in this circuit have previously ruled that the deportation of a witness or party satisfies the good cause requirement of F.R.C.P. Rule 43(a). *See Medina v. Angrignon,* 2024 U.S. Dist. LEXIS 5499, at *3 (W.D.N.Y. Jan. 10, 2024) (granting a plaintiff's Rule 43(a) motion on the grounds that he had been deported from the country); *Lopez v. Miller,* 915 F. Supp. 2d 373, 396 n.9 (E.D.N.Y. 2013) ("Diaz was deported in 2003 to Santo Domingo and may not legally reenter the United States, thus easily satisfying Rule 43(a)'s requirement." (citations omitted)).

      We thank the Court for considering this request.

Respectfully submitted,

<u>*/s/ C.K. Lee*        </u>
C.K. Lee, Esq.

cc: all parties via ECF