UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                      :

JUAN ZAMORA & LUIS BENITEZ,        :
                                        :

                   Plaintiffs,   :

                                        :          18-CV-419 (VSB)

        - against -         :

                                        :           **ORDER**

LJUBICA CONTRACTORS LLC &      :
PREDRAG JANKOVIC,           :
                                        :

                  Defendants.  :
                                        :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On August 15, 2025, Plaintiff filed a letter requesting that I permit Plaintiff Benitez to appear remotely for trial, as he was recently removed from the United States by immigration authorities. (Doc. 187.) Defendant has not yet responded to Plaintiff's letter.

ORDERED that Defendant shall provide its position on Plaintiff's request in Doc. 187 by August 21, 2025.

SO ORDERED.

Dated:      August 19, 2025
             New York, New York

                                        Vernon S. Broderick
                                        United States District Judge