UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JUAN ZAMORA & LUIS BENITEZ,                :
:
                    Plaintiffs,   :
:          18-CV-419 (VSB)
        - against -         :
:          **ORDER**
LJUBICA CONTRACTORS LLC &         :
PREDRAG JANKOVIC,                          :
:
                    Defendants.   :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I held a conference in this matter on September 3, 2025. In accordance with my comments during the conference, it is hereby:

      ORDERED that the jury trial in this matter scheduled for September 8, 2025 at 10:00 AM is rescheduled to begin on December 1, 2025 at 10:00 AM.

      IT IS FURTHER ORDERED that the parties confirm their availability for the December 1, 2025 trial no later than September 10, 2025.

      IT IS FURTHER ORDERED that the parties meet and confer, and no later than October 20, 2025, submit a joint letter addressing whether Plaintiffs received the required consent from the Mexican Central Authority for Luis Benitez to testify remotely.

SO ORDERED.

Dated:    September 3, 2025
             New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge