UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                    :
JUAN ZAMORA & LUIS BENITEZ,                         :
                                                    :
                              Plaintiffs,           :
                                                    :          18-CV-419 (VSB)
              - against -                           :
                                                    :          **ORDER**
LJUBICA CONTRACTORS LLC &                           :
PREDRAG JANKOVIC,                                   :
                                                    :
                              Defendants.           :
                                                    :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Plaintiffs filed a letter stating that they have not yet received the required consent from the Mexican Central Authority for Plaintiff Luis Benitez to testify remotely at trial.  (Doc. 201.) Thus, it is hereby:

ORDERED that the jury trial in this matter scheduled for December 1, 2025 at 10:00 AM is rescheduled to begin on May 4, 2026 at 10:00 AM.

IT IS FURTHER ORDERED that the parties meet and confer, and no later than April 6, 2026, submit a joint letter addressing whether Plaintiffs received the required consent from the Mexican Central Authority for Luis Benitez to testify remotely.

SO ORDERED.

Dated:        November 24, 2025
              New York, New York

              Vernon S. Broderick
              United States District Judge