UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ZAMORA & LUIS BENITEZ

Plaintiffs

-against-

LJUBICA CONTRACTS LLC &
PREDRAG JANKOVIC

Defendants.

18-CV-419 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

The Court, having reviewed Plaintiffs' Letter Motion for Issuance of a Hague Convention Request for International Judicial Assistance to Obtain Evidence in Mexico, (Doc. 219 (the "Letter Motion")), and the accompanying papers, hereby ORDERS, as follows:

1. The Letter Motion is GRANTED.
2. The Request for Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, included hereto, is hereby issued as the Court's "Request" and is fully incorporated herein.
3. The signed Order and the Request will be given to Lee Litigation Group, PLLC, who will cause the documents to be filed with the Secretaría de Relaciones Exteriores Dirección General de Asuntos Jurídicos Dirección de Cooperación Procesal Internacional Plaza Juárez #20, Piso 5 Colonia Centro, Alcaldía Cuauhtémoc C.P. 06010 Ciudad de México, México.
4. Neither this Order, the testimony of Mr. Luis Benitez, nor the terms of the Request (which are incorporated into this Order) shall be construed or operate as a waiver of any argument, position, objection, allegation, or claim or defense of any party in the above-

captioned action, or of the attorney-client privilege, the work product doctrine, or any other privileges, rights, protections, or prohibitions that may apply to that evidence under the laws of the United States of America or the State of New York.

SO ORDERED.

Dated: August 3, 2026
New York, New York

Vernon Broderick

VERNON S. BRODERICK
United States District Judge